IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SCHOLZ DESIGN, INC.           :

    Plaintiff           :

    v.                  :     CIVIL NO. L-02-195

H.M. SHAKIBA, et al.          :

    Defendants          :

## ORDER

Upon review of the court file and documents in this case, this Court finds that service of process upon the defendants, H.M. Shakiba and Prime Engineering Company, was completed on or about February 10, 2002. To date, no response has been filed. Accordingly, plaintiff shall file, within ten days from the date hereof, a motion for entry of default and motion for default judgment or provide a report as to why such motions would be inappropriate.

It is so ORDERED, this  17TH  day of April, 2002.

                                                _B. Legg_
                                          Benson Everett Legg
                                          United States District Judge

