IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| SCHOLZ DESIGN, INC. | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: L-02-CV-195 |
| H.M. SHAKIBA, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

The parties, by and through their undersigned counsel, hereby stipulate and agree to a dismissal of this action without prejudice, each side to bear its own costs.

Respectfully submitted,

_____
Brian S. Jablon, Esquire  (#11174)
Saltzman & Jablon, LLC
8156 Main Street
Ellicott City, MD  21043
(410) 313-8342

Attorneys for Defendants

_____
Daniel E. Lanier, Esquire (#04504)
Scott R. Haiber, Esquire (#25947)
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland  21202
(410) 727-6464

Attorneys for Plaintiff

Dated:  October __11__, 2002

APPROVED THIS _15_ DAY OF _October, 2002_

_____
BENSON EVERETT LEGG, U.S.D.J.